UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD FARINA,

    **Plaintiff,**

v.                                        Case No. 3:24cv287-TKW-HTC

NAVY FEDERAL
CREDIT UNION,

    **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 7). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's recommended disposition of this case. Indeed, the argument in the objections and its attachments confirm the frivolous nature of this suit.

The Court did not overlook Plaintiff's request for an extension of time to amend his complaint (Doc. 6), but the Court sees no reason to allow an amendment because Plaintiff does not identify what "newly discovered evidence" he found or how that evidence would make his claims any less frivolous. Moreover, although leave to amend is to be "freely give[n] when … when justice so requires," Fed. R.

Civ. P. 15(a)(2), the Court is not required to grant leave to amend when an amendment would be futile. *See Hall v. United Ins. Co. of Am.*, 367 F.3d 1255, 1263 (11th Cir. 2004). Here, based on the patently frivolous nature of Plaintiff's claims, a potential amended complaint would still be subject to dismissal. Moreover, granting an extension of time for Plaintiff to file an amended complaint would only serve to delay disposition of this case and the related state foreclosure action.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to compel the state court to file notice of lis pendens (Doc. 2) is **DENIED**.

3. Plaintiff's motion for extension of time to file an amended complaint (Doc. 6) is **DENIED**.

4. This case is **DISMISSED WITH PREJUDICE** as frivolous.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 8th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv287-TKW-HTC